TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00575-CR

Gary Snelson, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT

NO. 90798, HONORABLE JON N. WISSER, JUDGE PRESIDING

Appellant's motion to dismiss this appeal is granted. Tex. R. App. P. 42.2(a). The appeal
is dismissed.

 

 Bea Ann Smith, Justice

Before Justices Powers, Aboussie and B. A. Smith

Dismissed on Appellant's Motion

Filed: December 4, 1997

Do Not Publish